STATE v. DAWKINS

No. 552P99

Case below: 131 N.C.App. 557

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.

STATE v. DORSEY

No. 508P99

Case below: 135 N.C.App. 116

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.

STATE v. ELLIOTT

No. 545P99

Case below: 135 N.C.App. 385

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

STATE v. FONVILLE

No. 530P99

Case below: 135 N.C.App. 385

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

STATE v. GAITHER

No. 571A99

Case below: 135 N.C.App. 632

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 3 February 2000.